

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00265-CR

Peggy Sue **SOTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1827
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is dismissed. We direct the clerk of this court to issue the mandate immediately.

SIGNED June 29, 2022.

_____
Patricia O. Alvarez, Justice